428 A.2d 258

Commonwealth v. Williams, Appellant.

 Submitted April 12,
1979. Lester G. Nauhaus, Public Defender, for appellant;
Robert L. Eberhardt, Assistant District Attorney, for Com-
monwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Affirmed.

WIEAND, J., did not participate in the consideration or decision of this case.